APPEAL,CLOSED,TYPE−E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:22−cv−01043−APM

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) v. SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007 et al
Assigned to: Judge Amit P. Mehta
Case in other court: USCA, 24−07089
USCA, 25−07031
Cause: 28:1358 Land Condemnation

Date Filed: 04/14/2022
Date Terminated: 03/07/2025
Jury Demand: None
Nature of Suit: 210 Condemnation
Jurisdiction: Federal Question

**Plaintiff**

**NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**

represented by

**Alejandro Camacho**
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204
410−938−8800
Email: acamacho@pklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lindsay C. Harrison**
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001−4412
(202) 639−6865
Email: LHarrison@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Trepp**
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
202−637−6385
Email: atrepp@jenner.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Edmondson**
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036

212−891−1606
Fax: 212−909−0865
Email: eedmondson@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639−6023
Fax: (202) 661−4993
Email: jamunson@jenner.com
*ATTORNEY TO BE NOTICED*

**Kambon R. Williams**
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204
(410) 769−6142
Fax: (410) 832−5639
Email: kwilliams@pklaw.com
*ATTORNEY TO BE NOTICED*

**Patricia M. Lambert**
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204
(410) 339−6759
Fax: (410) 832−5628
Email: plambert@pklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007**
*with said property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION*

**Defendant**

**UNION STATION INVESTCO, LLC** represented by

**James H. Hulme**
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036−5344
(202) 857−6144
Fax: (202) 857−6395
Email: james.hulme@afslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Kiernan**
HOLLAND & KNIGHT LLP
800 17th Street, NW
Suite 1100
Washington, DC 20006
(202) 955−5564
Email: paul.kiernan@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Willner**
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
410−332−8542
Email: sjw@nqgrg.com
*TERMINATED: 05/21/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Moss Wood , IV**
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
410−332−8523
Fax: 410−332−8564
Email: tmw@nqgrg.com
*TERMINATED: 05/21/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M. Boyle**
BERMAN, BOYLE & ENGEL LLC
1777 Reisterstown Road
Suite 265
Baltimore, MD 21208
240−746−1180
Email: bmb@bbelaw.com

*ATTORNEY TO BE NOTICED*

**Daniel James Koevary**
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
212−506−1700
Email: DKoevary@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Mark**
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
212−506−1700
Email: dmark@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Ross**
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
212−506−1700
Email: dross@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry B. Brownstein**
LOEB & LOEB LLP
901 New York Avenue NW
Wasington, DC 20001
202−618−5000
Email: hbrownstein@loeb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION STATION SOLE MEMBER, LLC**
*TERMINATED: 03/05/2025*

represented by **James H. Hulme**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel James Koevary**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Mark**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry B. Brownstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KOOKMIN BANK CO., LTD.**
*Individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment trust*

represented by

**Brett Dockwell**
HAYNES AND BOONE LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
212−835−4870
Email: brett.dockwell@haynesboone.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M. Boyle**
(See above for address)
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin T. Roy**
MORRISON COHEN, LLP
909 Third Avenue
27th Floor
New York, NY 10022
212−735−5584
Fax: 212−735−8790
Email: kroy@morrisoncohen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Latisha Thompson**
MORRISON COHEN, LLP
909 Third Avenue
New York, NY 10022
212−735−8600
Email: lthompson@morrisoncohen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis J. Rouleau**
WOMBLE BOND DICKINSON (US)

LLP
1200 19th Street, NW
Suite 500
Washington, DC 20036
(202) 857−4558
Fax: (202) 467−6910
Email: louis.rouleau@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Kiernan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Moss Wood , IV**
(See above for address)
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Y. David Scharf**
MORRISON COHEN, LLP
909 Third Avenue
New York, NY 10022
212−735−8604
Email: dscharf@morrisoncohen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amber R. Will**
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212−735−8600
Email: awill@morrisoncohen.com
*ATTORNEY TO BE NOTICED*

**Cynthia Siderman**
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
212−715−9100
Email: Cynthia.Siderman@hsfkramer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Gans Greilsheimer**
KRAMER LEVIN NAFTALIS &
FRANKEL LLP

1177 Avenue of the Americas
New York, NY 10036
212−715−9136
Email: James.Greilsheimer@hsfkramer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNKNOWN OWNERS**

V.

**Interested Party**

**PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA** represented by **Hannelore Sklar**
WHITE & CASE
1221 Avenue of the Americas
New York, NY 10020
212−819−2646
Email: hannelore.sklar@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Anne Havlin**
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
212−819−8683
Email: kim.havlin@whitecase.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**UNITED STATES DEPARTMENT OF TRANSPORTATION** represented by **John Robinson**
JACOBSON LAWYERS GROUP
1629 K Street NW, Suite 300
Washington, DC 20006
301−823−1148
Email: john@jacobsonlawyersgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**DISTRICT OF COLUMBIA**

**Movant**

**CHIPOTLE MEXICAN GRI CHIPOTLE MEXICAN GRILL, INC.** represented by **Scott E. Gant**
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW

Washington, DC 20005
(202) 237−2727
Fax: (202) 237−6131
Email: sgant@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**New Tradition Outdoor, LLC** represented by **Michele Frances Hayes**
NILES, BARTON & WILMER, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
410−783−6300
Fax: 410−783−6474
Email: mhdinterman@nilesbarton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2022 | 1 | COMPLAINT against KOOKMIN BANK CO., LTD., SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHIN, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC, UNKNOWN OWNERS ( Filing fee $ 402 receipt number ADCDC−9170560) filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Civil Cover Sheet)(Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 3 | NOTICE / *Praecipe for Deposit of Money Into Court* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Attachments: # 1 Order Regarding Deposit With the Court Registry Investment System)(Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 4 | DECLARATION *of Taking* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) re 1 Complaint,, filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), 3 Notice (Other) filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | | Case Assigned to Judge Amit P. Mehta. (znmg) (Entered: 04/14/2022) |
| 04/14/2022 | 5 | NOTICE / *Line Regarding Notice of Filing of Condemnation* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |

| | | |
|---|---|---|
| 04/14/2022 | 6 | NOTICE / *Line Regarding Notice of Filing of Condemnation* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 7 | NOTICE *of Condemnation* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 8 | NOTICE *of Condemnation* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | 9 | NOTICE *of Condemnation* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) (Entered: 04/14/2022) |
| 04/14/2022 | | DEPOSIT of Funds in the amount of $250,000,000.00; Receipt Number DCXCCA22−00142. (znmg) (Entered: 04/15/2022) |
| 04/15/2022 | 10 | NOTICE of Appearance by Patricia M. Lambert on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Lambert, Patricia) (Entered: 04/15/2022) |
| 04/15/2022 | 11 | NOTICE of Appearance by Jessica Ring Amunson on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Amunson, Jessica) (Entered: 04/15/2022) |
| 04/15/2022 | 12 | NOTICE of Appearance by Kambon R. Williams on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Williams, Kambon) (Entered: 04/15/2022) |
| 04/15/2022 | 13 | SUMMONS (4) Issued Electronically as to KOOKMIN BANK CO., LTD., SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Notice and Consent)(znmw) (Entered: 04/15/2022) |
| 04/18/2022 | 14 | ORDER regarding deposit with court registry investment system. See attached Order for details. Signed by Judge Amit P. Mehta on 4/18/2022. (lcapm2) (Entered: 04/18/2022) |
| 04/27/2022 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNION STATION INVESTCO, LLC served on 4/15/2022, answer due 5/6/2022 (Harrison, Lindsay) (Entered: 04/27/2022) |
| 04/27/2022 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNION STATION SOLE MEMBER, LLC served on 4/15/2022, answer due 5/6/2022 (Harrison, Lindsay) (Entered: 04/27/2022) |
| 04/27/2022 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KOOKMIN BANK CO., LTD. served on 4/26/2022, answer due 5/17/2022 (Harrison, Lindsay) (Entered: 04/27/2022) |
| 05/06/2022 | 18 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Text of Proposed Order)(Hulme, James) (Entered: 05/06/2022) |
| 05/06/2022 | | MINUTE ORDER granting 18 Unopposed Motion to Extend Time to Answer Complaint. Defendants Union Station Investco, LLC and Union Station Sole Member, LLC shall respond to the complaint on or before May 20, 2022. Signed by Judge Amit |

| | | |
|---|---|---|
| | | P. Mehta on 5/6/2022. (lcapm2) (Entered: 05/06/2022) |
| 05/09/2022 | 19 | NOTICE of Appearance by Brian M. Boyle on behalf of KOOKMIN BANK CO., LTD. (Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 20 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Mahnoor Misbah, Filing fee $ 100, receipt number ADCDC−9224157. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Mahnoor Misbah, # 2 Text of Proposed Order of Mahnoor Misbah)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 21 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Y. David Scharf, Filing fee $ 100, receipt number ADCDC−9224207. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Y. David Scharf, # 2 Text of Proposed Order Y. David Scharf)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 22 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kristin T. Roy, Filing fee $ 100, receipt number ADCDC−9224235. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Kristin T. Roy, # 2 Text of Proposed Order Kristin T. Roy)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 23 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Latisha V. Thompson, Filing fee $ 100, receipt number ADCDC−9224254. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Latisha V. Thompson, # 2 Text of Proposed Order Latisha V. Thompson)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Brett D. Dockwell, Filing fee $ 100, receipt number ADCDC−9224264. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Brett D. Dockwell, # 2 Text of Proposed Order Brett D. Dockwell)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Amber R. Will, Filing fee $ 100, receipt number ADCDC−9224286. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Amber R. Will, # 2 Text of Proposed Order Amber R. Will)(Boyle, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 26 | NOTICE of Appearance by Thomas Moss Wood, IV on behalf of KOOKMIN BANK CO., LTD. (Wood, Thomas) (Entered: 05/09/2022) |
| 05/09/2022 | | MINUTE ORDER granting 20 , 21 , 22 , 23 , 24 , 25 Motions for Admission Pro Hac Vice. Attorneys Mahnoor Misbah, Y. David Scharf, Kristin T. Roy, Latisha V. Thompson, Brett Dockwell, and Amber R. Will are hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/9/2022. (lcapm2) (Entered: 05/09/2022) |
| 05/11/2022 | 27 | NOTICE of Appearance by Y. David Scharf on behalf of KOOKMIN BANK CO., LTD. (Scharf, Y.) (Entered: 05/11/2022) |
| 05/11/2022 | 28 | NOTICE of Appearance by Kristin T. Roy on behalf of KOOKMIN BANK CO., LTD. (Roy, Kristin) (Entered: 05/11/2022) |
| 05/11/2022 | 29 | NOTICE of Appearance by Latisha Thompson on behalf of KOOKMIN BANK CO., LTD. (Thompson, Latisha) (Entered: 05/11/2022) |
| 05/11/2022 | 30 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Brett Dockwell on behalf of KOOKMIN BANK CO., LTD. (Dockwell, Brett) (Entered: 05/11/2022) |
| 05/11/2022 | 31 | NOTICE of Appearance by Amber R. Will on behalf of KOOKMIN BANK CO., LTD. (Will, Amber) (Entered: 05/11/2022) |
| 05/16/2022 | 32 | NOTICE of Appearance by Paul J. Kiernan on behalf of KOOKMIN BANK CO., LTD. (Kiernan, Paul) (Entered: 05/16/2022) |
| 05/16/2022 | 33 | NOTICE of Appearance by Louis J. Rouleau on behalf of KOOKMIN BANK CO., LTD. (Rouleau, Louis) (Entered: 05/16/2022) |
| 05/17/2022 | 34 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KOOKMIN BANK CO., LTD.. Attorney Brian M. Boyle and Thomas Moss Wood, IV terminated. (Wood, Thomas) (Entered: 05/17/2022) |
| 05/17/2022 | 35 | ANSWER to Complaint by KOOKMIN BANK CO., LTD..(Scharf, Y.) (Entered: 05/17/2022) |
| 05/19/2022 | | MINUTE ORDER. I hereby notify the parties that I have known counsel for Kookmin Bank Co., Paul Kiernan, for many years. His spouse and I were colleagues and later partners at Zuckerman Spaeder, LLP (she is no longer a partner there), and we have remained social friends ever since. Pre−pandemic, I would estimate socializing with Mr. Kiernan and his spouse once or twice per year. I do not believe that my relationship with Mr. Kiernan requires my recusal, but I provide this information in the interest of disclosure and for the parties' consideration. Signed by Judge Amit P. Mehta on 5/19/2022. (lcapm2) (Entered: 05/19/2022) |
| 05/19/2022 | 36 | ANSWER to Complaint by UNION STATION INVESTCO, LLC.(Boyle, Brian) (Entered: 05/19/2022) |
| 05/19/2022 | 37 | NOTICE of Appearance by Thomas Moss Wood, IV on behalf of UNION STATION INVESTCO, LLC (Wood, Thomas) (Entered: 05/19/2022) |
| 05/19/2022 | 38 | ANSWER to Complaint by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC.(Hulme, James) (Entered: 05/19/2022) |
| 05/19/2022 | 39 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by UNION STATION INVESTCO, LLC (Hulme, James) (Entered: 05/19/2022) |
| 05/19/2022 | 40 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by UNION STATION SOLE MEMBER, LLC (Hulme, James) (Entered: 05/19/2022) |
| 05/20/2022 | 41 | WITHDRAWN PURSUANT TO NOTICE FILED 5/25/2022.....Emergency MOTION for Interim Term of Possession re 1 Complaint,, by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Memorandum in Support, # 2 Attachment 1 − Declaration of Patricia McHugh Lambert, # 3 Attachment 2 − Declaration of Dr. David Handera, # 4 Text of Proposed Order)(Harrison, Lindsay) Modified on 5/26/2022 (zeg). (Entered: 05/20/2022) |
| 05/20/2022 | | MINUTE ORDER. Defendants shall respond to Amtrak's 41 Emergency Motion for Interim Term of Possession by no later than noon on May 25, 2022. The parties shall appear for a hearing on the Emergency Motion on May 26, 2022, at 2:30 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 5/20/2022. (lcapm2) (Entered: |

| | | |
|---|---|---|
| | | 05/20/2022) |
| 05/20/2022 | 42 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− David E. Ross, Filing fee $ 100, receipt number ADCDC−9253811. Fee Status: Fee Paid. by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Declaration of David E. Ross in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Brownstein, Henry) (Entered: 05/20/2022) |
| 05/20/2022 | 43 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− David J. Mark, Filing fee $ 100, receipt number ADCDC−9253830. Fee Status: Fee Paid. by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Declaration of David J. Mark in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Brownstein, Henry) (Entered: 05/20/2022) |
| 05/20/2022 | 44 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Daniel J. Koevary, Filing fee $ 100, receipt number ADCDC−9253876. Fee Status: Fee Paid. by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Declaration of Daniel J. Koevary in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Brownstein, Henry) (Entered: 05/20/2022) |
| 05/23/2022 | 45 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by KOOKMIN BANK CO., LTD. (Scharf, Y.) (Entered: 05/23/2022) |
| 05/23/2022 | | MINUTE ORDER granting 42 Motion for Admission Pro Hac Vice. Attorney David E. Ross is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/23/2022. (lcapm2) (Entered: 05/23/2022) |
| 05/23/2022 | | MINUTE ORDER granting 43 Motion for Admission Pro Hac Vice. Attorney David J. Mark is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/23/2022. (lcapm2) (Entered: 05/23/2022) |
| 05/23/2022 | | MINUTE ORDER granting 44 Motion for Admission Pro Hac Vice. Attorney Daniel J. Koevary is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/23/2022. (lcapm2) (Entered: 05/23/2022) |
| 05/24/2022 | 46 | NOTICE *Suggestion of Mootness* by KOOKMIN BANK CO., LTD. (Kiernan, Paul) (Entered: 05/24/2022) |
| 05/25/2022 | 47 | WITHDRAWAL of Motion by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) re 41 Emergency MOTION for Interim Term of Possession re 1 Complaint,, filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) . (Attachments: # 1 Exhibit A)(Harrison, Lindsay) (Entered: 05/25/2022) |
| 05/25/2022 | | NOTICE of Hearing: A status conference is set for May 26, 2022 at 2:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy shall circulate Zoom information to the parties. Members of the public or media may access the |

| | | |
|---|---|---|
| | | hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The in−person oral argument set for May 26, 2022 is hereby vacated. (zjd) (Entered: 05/25/2022) |
| 05/26/2022 | 48 | NOTICE of Appearance by David Ross on behalf of UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC (Ross, David) (Entered: 05/26/2022) |
| 05/26/2022 | 49 | NOTICE of Appearance by David Mark on behalf of UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC (Mark, David) (Entered: 05/26/2022) |
| 05/26/2022 | 50 | NOTICE of Appearance by Daniel James Koevary on behalf of UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC (Koevary, Daniel) (Entered: 05/26/2022) |
| 05/26/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 5/26/2022. Parties directed to meet and confer and submit by 5/31/2022, a proposed briefing schedule. (Court Reporter William Zaremba.) (ztg) (Entered: 05/26/2022) |
| 05/26/2022 | | MINUTE ORDER. Pursuant to the status conference held on May 26, 2022, the parties shall file a proposed briefing schedule on or before May 31, 2022. Signed by Judge Amit P. Mehta on 5/26/2022. (lcapm2) (Entered: 05/26/2022) |
| 05/31/2022 | 51 | PROPOSED BRIEFING SCHEDULE *Ltr − The Honorable Amit P. Mehta* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Lambert, Patricia) (Entered: 05/31/2022) |
| 05/31/2022 | 52 | PROPOSED BRIEFING SCHEDULE re 36 Answer to Complaint / *Letter from David E. Ross regarding Proposed Briefing Schedule on Owners' Motion to Strike* by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 05/31/2022) |
| 06/01/2022 | | MINUTE ORDER entering the briefing schedules proposed by the parties in their letters, ECF Nos. 51, 52. The schedule for further proceedings in this matter is as follows: (1) Defendants Union Station Investco, LLC and Union Station Sole Member, LLC (collectively, "Owners") shall file their motion to strike on or before June 3, 2022, at 5:00 p.m.; (2) Defendants Kookmin Bank Co., Ltd. and Union Station Investco, LLC, as represented by the law firm Neuberger, Quinn, Gielen, Rubin & Gibber P.A., shall file their opposition on or before June 17, 2022, at 5:00 p.m.; (3) Owners shall file their reply on or before June 24, 2022; (4) Amtrak shall file its motion for possession on or before July 18, 2022; (5) oppositions to the motion shall be filed on or before September 23, 2022; and (6) Amtrak shall file its reply on or before October 24, 2022. Signed by Judge Amit P. Mehta on 6/1/2022. (Entered: 06/01/2022) |
| 06/01/2022 | 53 | NOTICE of Change of Address by Henry B. Brownstein (Brownstein, Henry) (Entered: 06/01/2022) |
| 06/03/2022 | 54 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on May 26, 2022; Page Numbers: 1−44. Date of Issuance: June 3, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from t he court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/4/2022. Release of Transcript Restriction set for 9/1/2022.(wz) (Entered: 06/03/2022) |
| 06/03/2022 | 55 | MOTION to Strike 36 Answer to Complaint by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration Of Yossi Preiserowicz, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Text of Proposed Order)(Ross, David) (Entered: 06/03/2022) |
| 06/17/2022 | 56 | Memorandum in opposition to re 55 MOTION to Strike 36 Answer to Complaint filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Michael Rebibo, # 2 Exhibit A − Citi_Union Station − Deed of Trust, # 3 Exhibit B − Union Station Loan Agreement, # 4 Exhibit C − Union Station Mezzanine Loan Agreement, # 5 Exhibit D − Citi_Union Station − Pledge and Security Agreement, # 6 Exhibit E − Union −− Notice of Exercise of Rights Under 8a of Pledge (Executed), # 7 Exhibit F − Union −− Notice of Exercise of Rights Under 9a of Pledge (Executed), # 8 Exhibit G − Union −− Letter re Intent to Exercise Rights as Attorney in Fact (Executed), # 9 H − Final − Foreclosure Cover Letter − Union Station (747786187_1), # 10 Declaration of Y. David Scharf, # 11 Exhibit A − Transcript 08.30.21, # 12 Exhibit B − Transcript 10.05.21, # 13 C − Transcript 02.15.05)(Scharf, Y.) (Entered: 06/17/2022) |
| 06/17/2022 | 57 | Memorandum in opposition to re 55 MOTION to Strike 36 Answer to Complaint filed by UNION STATION INVESTCO, LLC. (Wood, Thomas) (Entered: 06/17/2022) |
| 06/23/2022 | 58 | MOTION for Leave to File *Limited Briefing on Amtrak's Legal Status in Connection with Defendants Union Station Investco LLC's and Union Station Sole Member LLC's Motion to Strike* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Harrison, Lindsay) (Entered: 06/23/2022) |
| 06/24/2022 | | MINUTE ORDER granting Amtrak's 58 Motion for Leave to File Limited Briefing on Amtrak's Legal Status in Connection with Defendants Union Station Investco LLC's and Union Station Sole Member LLC's Motion to Strike. Signed by Judge Amit P. Mehta on 6/24/2022. (lcapm2) (Entered: 06/24/2022) |
| 06/24/2022 | 59 | WITHDRAWN PURSUANT TO NOTICE FILED ON 8/4/2022.....MOTION for Order *of Approval of Contract with Property Manager* by KOOKMIN BANK CO., LTD.. (Scharf, Y.) Modified on 8/8/2022 (zed). (Entered: 06/24/2022) |
| 06/24/2022 | 60 | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re 55 MOTION to Strike 36 Answer to Complaint / *Reply Memorandum of Law in Further Support of Defendants Union Station Investco LLCs and Union Station Sole Member LLCs Motion to Strike* filed by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) Modified docket event/text on 6/28/2022 (zed). (Entered: 06/24/2022) |
| 06/24/2022 | 61 | DECLARATION *of Michael Rebibo* by KOOKMIN BANK CO., LTD. re 59 MOTION for Order *of Approval of Contract with Property Manager* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit 2.1 − Ex. A − Memo of Sale, # 2 Exhibit 2.2 − Ex. B − Notice of Foreclosure, # 3 Exhibit 2.3 − Ex. C − C&W Status Report, # 4 Exhibit 2.4 − Ex. D − Auction Transcript, # 5 Exhibit 2.4.1 − Ex. D−1 EX 0001 Auction 061422, # 6 Exhibit 2.4.2 − Ex. D−2 EX 0002 Auction 061422, # 7 Exhibit 2.4.3 − Ex. D−3 − EX 0003 Auction 061422, # 8 Exhibit 2.4.4 − Ex. D−4 − EX 0004 Auction 061422, # 9 Exhibit 2.4.5 − Ex. D−5 − EX 0005 Auction 061422, # 10 Exhibit 2.5 − Ex. E − Notice to Ashkenazy, # 11 Exhibit 2.6 − Ex. F − Notice to USRC, # 12 Exhibit 2.7 − Ex. G − Notice to Amtrak, # 13 Exhibit 2.8 − Ex. H − Thirteenth Amendment Master Retail Management Agreement, # 14 Exhibit 2.9 − Ex. I − Retail Management Only Agreement, # 15 Exhibit 2.10 − Ex. J − Notice to JLL, # 16 Exhibit 2.11 − Ex. K − Union Station Proposal)(Scharf, Y.) (Entered: 06/24/2022) |
| 06/24/2022 | 62 | DECLARATION *of Y. David Scharf* by KOOKMIN BANK CO., LTD. re 59 MOTION for Order *of Approval of Contract with Property Manager* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit 3.1 − Ex. A − E−mails between JLL, Morrison Cohen, M. Rebibo, # 2 Exhibit 3.2 − Ex. B − Letter from Kasowitz to Y. David Scharf 6.23.22, # 3 Exhibit 3.3 − Ex. C − Letter from Y. David Scharf)(Scharf, Y.) (Entered: 06/24/2022) |
| 06/26/2022 | 63 | ENTERED IN ERROR.....RESPONSE re 59 MOTION for Order *of Approval of Contract with Property Manager /Letter from David E. Ross re: Kookmin Bank emergency motion* filed by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) Modified on 6/28/2022 (zed). (Entered: 06/26/2022) |
| 06/27/2022 | 64 | MEMORANDUM re 59 MOTION for Order *of Approval of Contract with Property Manager* filed by KOOKMIN BANK CO., LTD. by UNION STATION INVESTCO, LLC. (Wood, Thomas) (Entered: 06/27/2022) |
| 06/28/2022 | | NOTICE OF ERROR regarding 63 Response to motion,. The following error(s) need correction: Incorrect format (Letter)− correspondence is not permitted (LCvR 5.1(a)). Please refile. (zed) (Entered: 06/28/2022) |
| 06/30/2022 | 65 | WITHDRAWN PURSUANT TO NOTICE FILED ON 8/4/2022.....MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule Hearing* by KOOKMIN BANK CO., LTD.. (Scharf, Y.) Modified on 8/8/2022 (zed). (Entered: 06/30/2022) |
| 06/30/2022 | 66 | Memorandum in opposition to re 65 MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule Hearing* filed by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) Modified docket event/text on 6/30/2022 (zed). (Entered: 06/30/2022) |
| 06/30/2022 | 67 | RESPONSE re 65 MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule* |

| | | |
|---|---|---|
| | | *Hearing* filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 06/30/2022) |
| 07/07/2022 | 68 | ENTERED IN ERROR.....REPLY to opposition to motion re 65 MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule Hearing* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Michael Rebibo In Support of Hearing and Emergency Relief About Property Management, # 2 Exhibit Ex. A − E−mail dated June 16 − July 1 2022, # 3 Exhibit Ex. B − PEPCO correspondence_07_07_2022)(Scharf, Y.) Modified on 7/7/2022 per request of counsel, will refile correct entry (zjm). (Entered: 07/07/2022) |
| 07/07/2022 | 69 | REPLY re 65 MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule Hearing* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Michael Rebibo In Support of Hearing and Emergency Relief About Property Management, # 2 Exhibit Ex. A − E−mail dated June 16 − July 1 2022, # 3 Exhibit Ex. B − PEPCO correspondence_07_07_2022)(Scharf, Y.) (Entered: 07/07/2022) |
| 07/08/2022 | 70 | RESPONSE re 59 MOTION for Order *of Approval of Contract with Property Manager / Plaintiff national Railroad Passenger Corporation's Opposition to Defendant Kookmin Bank Co. Ltd's Motion for Approval of Contract with Property Manager* filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 07/08/2022) |
| 07/08/2022 | 71 | Memorandum in opposition to re 59 MOTION for Order *of Approval of Contract with Property Manager* filed by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Declaration Of Yossi Preiserowicz, # 2 Exhibit 1: Email Chain with Rexmark Representative re May Bills, # 3 Declaration of David E. Ross, # 4 Exhibit 1: Email Chain Between Kookmin and JLL)(Ross, David) (Entered: 07/08/2022) |
| 07/08/2022 | 72 | MOTION for Immediate Possession of the Subject Property Interest by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Memorandum in Support, # 2 Declaration of Lindsay C. Harrison, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Text of Proposed Order)(Harrison, Lindsay) (Entered: 07/08/2022) |
| 07/15/2022 | 73 | REPLY re 59 MOTION for Order *of Approval of Contract with Property Manager* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Michael Rebibo in Further Support of Emergency Motion of Defendant Kookmin Bank Co., Ltd for Approval of Contract with Property Manager, # 2 Ex. A − Mezzanine Loan, # 3 Ex. B − Pledge Agreement)(Scharf, Y.) (Entered: 07/15/2022) |
| 07/20/2022 | | NOTICE of Hearing: Oral Argument set for 7/21/2022 at 10:30 AM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 07/20/2022) |
| 07/21/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument held via videoconference on 7/21/2022. Joint Status Report due by 7/29/2022. (Court Reporter: William Zaremba) (zjd) (Entered: 07/21/2022) |
| 07/29/2022 | 74 | ENTERED IN ERROR.....Joint STATUS REPORT by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) |

| | | |
|---|---|---|
| | | Modified on 7/29/2022 (zed). (Entered: 07/29/2022) |
| 07/29/2022 | | NOTICE OF ERROR regarding 74 Status Report. The following error(s) need correction: Incorrect format (Letter)− correspondence is not permitted (LCvR 5.1(a)). Please refile. (zed) (Entered: 07/29/2022) |
| 07/29/2022 | 75 | Joint STATUS REPORT by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 07/29/2022) |
| 07/29/2022 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by August 3, 2022, which updates the court on their ongoing discussions. Signed by Judge Amit P. Mehta on 7/29/2022. (lcapm2) (Entered: 07/29/2022) |
| 08/03/2022 | 76 | Joint STATUS REPORT by UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 08/03/2022) |
| 08/04/2022 | | MINUTE ORDER. The parties shall appear for a remote status conference on August 9, 2022, at 10:00 a.m. Signed by Judge Amit P. Mehta on 8/4/22. (lcapm2) (Entered: 08/04/2022) |
| 08/04/2022 | 77 | NOTICE OF WITHDRAWAL OF MOTION by KOOKMIN BANK CO., LTD. re 65 MOTION for Hearing re 59 MOTION for Order *of Approval of Contract with Property Manager / Request of Kookmin Bank Co. Ltd. to Schedule Hearing*, 59 MOTION for Order *of Approval of Contract with Property Manager* (Kiernan, Paul) (Entered: 08/04/2022) |
| 08/09/2022 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by September 2, 2022, which updates the court on the ongoing Southern District of New York litigation. Signed by Judge Amit P. Mehta on 8/9/2022. (lcapm2) (Entered: 08/09/2022) |
| 08/12/2022 | 78 | TRANSCRIPT OF MOTION HEARING VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on July 21, 2022; Page Numbers: 1−47. Date of Issuance: August 12, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/2/2022. Redacted Transcript Deadline set for 9/12/2022. Release of Transcript Restriction set for 11/10/2022.(wz) (Entered: 08/12/2022) |
| 08/12/2022 | 79 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on August 9, 2022; Page Numbers: 1−41. Date of Issuance: August 12, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased f rom the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/2/2022. Redacted Transcript Deadline set for 9/12/2022. Release of Transcript Restriction set for 11/10/2022.(wz) (Entered: 08/12/2022) |
| 09/02/2022 | 80 | Proposed STATUS REPORT by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit Ex A − Preliminary Injunction Order, # 2 Exhibit Ex B − Transcript)(Scharf, Y.) (Entered: 09/02/2022) |
| 09/02/2022 | 81 | Proposed STATUS REPORT by UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Exhibit Ex A − Preliminary Injunction Order, # 2 Exhibit Ex B − Transcript)(Ross, David) (Entered: 09/02/2022) |
| 09/06/2022 | | MINUTE ORDER. In view of the preliminary injunction ordered by the Southern District of New York (SDNY), the court presumes that the Kasowitz Benson Torres law firm will no longer claim to represent Union Station Investco, LLC in this matter, pending the outcome of the proceedings in the SDNY on the merits. If the court's understanding is mistaken, the Kasowitz Benson Torres law firm shall so advise. Signed by Judge Amit P. Mehta on 9/6/2022. (lcapm2) (Entered: 09/06/2022) |
| 09/23/2022 | 82 | Memorandum in opposition to re 72 MOTION for Immediate Possession of the Subject Property Interest / *Union Station Sole Member, LLC's Response in Opposition to Amtrak's Motion for Immediate Possession of the Subject Property Interest* filed by UNION STATION SOLE MEMBER, LLC. (Ross, David) Modified docket event/text on 9/23/2022 (zed). (Entered: 09/23/2022) |
| 09/23/2022 | 83 | RESPONSE re 72 MOTION for Immediate Possession of the Subject Property Interest *Joint Opposition of Lender and Union Station Investco, LLC* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Scharf Declaration − Opposition to Possession, # 2 Exhibit Ex. A − Lenders Answer, # 3 Exhibit Ex. B − Transcript from July 21, 2022 before J. Mehta, # 4 Exhibit Ex. C − Transcript from Aug. 23, 2022 before J. Woods, # 5 Exhibit Ex. D − Preliminary Injunction Order, # 6 Exhibit Ex. E − Lenders status report to J. Mehta, # 7 Exhibit Ex. F − USSM status report to J. Mehta, # 8 Exhibit Ex. G − Lenders document requests, # 9 Exhibit Ex. H − Amtraks response to document requests, # 10 Declaration Rebibo Declaration − Opposition to Possession Motion, # 11 Exhibit Ex. A − USI.USRC 3rd amendment to sublease May 9, 2008, # 12 Exhibit Ex. B − Mortgage Loan Agreement, # 13 Exhibit Ex. C − Mezzanine Loan Agreement, # 14 Exhibit Ex. D − Pledge and Security Agreement, # 15 Exhibit Ex. E − Complaint, # 16 Exhibit Ex. F − Notice on Foreclosure Sale)(Scharf, Y.) (Entered: 09/23/2022) |
| 10/24/2022 | 84 | REPLY to opposition to motion re 72 MOTION for Immediate Possession of the Subject Property Interest / *Reply in Further Support of National Railroad Passenger Corporation's Motion for Immediate Possession of the Subject Property Interest* filed |

| | | |
|---|---|---|
| | | by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 10/24/2022) |
| 01/12/2023 | | MINUTE ORDER. The parties shall appear for a hearing on January 18, 2023, at 5 p.m. in Courtroom 10 before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 1/12/2023. (lcapm2) (Entered: 01/12/2023) |
| 01/12/2023 | | Set/Reset Hearings: Status Conference set for 1/18/2023 at 5:00 PM in Courtroom 10− In Person before Judge Amit P. Mehta. (smc) (Entered: 01/12/2023) |
| 01/18/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion Hearing held on 1/18/2023 re 72 Motion for Immediate Possession of the Subject Property Interest. Status Conference set for 2/22/2023 at 5:00 PM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 01/18/2023) |
| 01/24/2023 | 85 | TRANSCRIPT OF MOTION HEARING PROCEEDINGS before Judge Amit P. Mehta held on January 18, 2023; Page Numbers: 1−73. Date of Issuance: January 24, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the c ourt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/14/2023. Redacted Transcript Deadline set for 2/24/2023. Release of Transcript Restriction set for 4/24/2023.(wz) (Entered: 01/24/2023) |
| 01/31/2023 | 86 | Joint MOTION for Protective Order / *Joint Motion for Entry of Stipulated Protective Order* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Proposed Stipulation and Protective Order)(Harrison, Lindsay) (Entered: 01/31/2023) |
| 02/01/2023 | 87 | ORDER entering 86 Stipulation and Protective Order. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 2/1/2023. (lcapm2) (Entered: 02/01/2023) |
| 02/17/2023 | 88 | STATUS REPORT *re: Amtrak's Motion for Immediate Posession* by KOOKMIN BANK CO., LTD.. (Scharf, Y.) (Entered: 02/17/2023) |
| 02/17/2023 | 89 | STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 02/17/2023) |
| 02/17/2023 | 90 | STATUS REPORT by UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 02/17/2023) |
| 02/20/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. The status conference scheduled for February 22, 2023, is hereby vacated and rescheduled for March 23, 2023, at 8:45 a.m. The court shall hold this conference remotely unless the parties request an in−person hearing. Signed by Judge Amit P. Mehta on 2/20/2023. (lcapm2) (Entered: 02/20/2023) |
| 03/21/2023 | 91 | NOTICE of Appearance by Steven Jay Willner on behalf of UNION STATION INVESTCO, LLC (Willner, Steven) (Entered: 03/21/2023) |
| 03/22/2023 | 92 | Joint STATUS REPORT *OF LENDER AND UNION STATION INVESTO, LLC* by KOOKMIN BANK CO., LTD., SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, UNION STATION INVESTCO, LLC. (Kiernan, Paul) (Entered: 03/22/2023) |
| 03/22/2023 | 93 | STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 03/22/2023) |
| 03/22/2023 | | MINUTE ORDER. In view of Amtrak's 93 status report, the court will proceed with the status conference scheduled for March 23, 2023, at 8:45 a.m. Signed by Judge Amit P. Mehta on 3/22/2023. (lcapm2) (Entered: 03/22/2023) |
| 03/23/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 3/23/2023. (Court Reporter: William Zaremba) (zjd) (Entered: 03/23/2023) |
| 03/24/2023 | 94 | TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 23, 2023; Page Numbers: 1−31. Date of Issuance: March 24, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/14/2023. Redacted Transcript Deadline set for 4/24/2023. Release of Transcript Restriction set for 6/22/2023.(wz) (Entered: 03/24/2023) |
| 04/04/2023 | | MINUTE ORDER. As discussed during the status conference on March 23, 2023, the parties shall file a Joint Status Report on or before April 6, 2023, which provides an update on the status of negotiations and discovery. Signed by Judge Amit P. Mehta on 4/4/2023. (lcapm2) (Entered: 04/04/2023) |
| 04/06/2023 | 95 | Joint STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 04/06/2023) |
| 04/06/2023 | | MINUTE ORDER. The limited discovery that the court permitted at the March 23, 2023, status conference shall proceed as set forth in the parties' 95 Joint Status Report. |

| | | |
|---|---|---|
| | | Defendants shall submit a joint Rule 30(b)(6) notice to Plaintiff by May 17, 2023. Discovery shall close on June 6, 2023. The parties shall submit a Joint Status Report on June 6, 2023, which proposes a schedule for further proceedings. Signed by Judge Amit P. Mehta on 4/6/2023. (lcapm2) (Entered: 04/06/2023) |
| 05/17/2023 | 97 | NOTICE − *DEFENDANT'S NOTICE OF CONFIDENTIALITY ORDER* by KOOKMIN BANK CO., LTD. (Kiernan, Paul) (Entered: 05/17/2023) |
| 05/18/2023 | | MINUTE ORDER sealing Defendants' 96 Notice of Deposition. Signed by Judge Amit P. Mehta on 5/18/2023. (lcapm2) (Entered: 05/18/2023) |
| 06/06/2023 | 98 | Joint STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 06/06/2023) |
| 08/03/2023 | | NOTICE of Hearing: Evidentiary Hearing set for 8/9/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/03/2023) |
| 08/09/2023 | | NOTICE of Hearing: The Evidentiary Hearing set for August 9, 2023 is hereby vacated and continued to September 11, 2023 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/09/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 9/11/2023. (Court Reporter: William Zaremba; Plaintiff's Witnesses: Stephen Gardner and Dennis Newman; Defense Witnesses: Beverley K. Swaim−Staley, Michael Rebibo, and Matthew Barry.) (zjd) (Entered: 09/11/2023) |
| 09/11/2023 | 101 | Plaintiff's Exhibit List. (zjd) (Entered: 11/29/2023) |
| 09/11/2023 | 102 | Lender's Exhibit List (not subject to objections and whose admissibility has not been challenged). (zjd) (Entered: 11/29/2023) |
| 09/11/2023 | 103 | Lender's Exhibit List (subject to objections and whose admissibility has been challenged). (zjd) (Entered: 11/29/2023) |
| 09/11/2023 | 104 | Joint Exhibit List. (zjd) (Entered: 11/29/2023) |
| 09/29/2023 | | MINUTE ORDER. The court understands that the parties received the September 11, 2023, evidentiary hearing transcript on September 20, 2023. As discussed at that hearing, the parties shall file their proposed findings of fact and conclusions of law by October 11, 2023. The parties shall appear for oral argument on November 28, 2023, at 2:00 P.M. in Courtroom 10. Signed by Judge Amit P. Mehta on 9/29/23. (lcapm2) (Entered: 09/29/2023) |
| 10/11/2023 | 99 | Proposed Findings of Fact by KOOKMIN BANK CO., LTD.. (Scharf, Y.) (Entered: 10/11/2023) |
| 10/11/2023 | 100 | Proposed Findings of Fact by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1)(Harrison, Lindsay) (Entered: 10/11/2023) |
| 11/28/2023 | | NOTICE of Hearing: The public access line will be connected for the Oral Argument scheduled on November 28, 2023. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 11/28/2023) |
| 11/28/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument re 72 Motion for Immediate Possession of the Subject Property Interest. Arguments heard |

| | | |
|---|---|---|
| | | and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 11/28/2023) |
| 02/29/2024 | 105 | TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS before Judge Amit P. Mehta held on November 28, 2023; Page Numbers: 1−104. Date of Issuance: February 29, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/21/2024. Redacted Transcript Deadline set for 3/31/2024. Release of Transcript Restriction set for 5/29/2024.(Zaremba, William) (Entered: 02/29/2024) |
| 04/17/2024 | 106 | MEMORANDUM OPINION re: Plaintiff's 72 Motion for Immediate Possession of the Subject Property Interest. Plaintiff has proven that its condemnation is necessary for intercity rail transportation and that it was unable to agree with Defendants as to contract terms or a purchase price. The court further finds that Defendants have not demonstrated any undue hardship warranting the denial of immediate possession to Plaintiff. The parties shall meet and confer to negotiate reasonable conditions under which "possession of the property is given to Amtrak." 49 U.S.C. § 24311(b)(2)(A). The parties shall submit a Joint Status Report to the court on or before May 1, 2024, that (1) sets forth the agreed−upon and disputed conditions of the transfer of possession and (2) proposes a schedule for further proceedings, including the determination of just compensation. See the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 4/17/24. (lcapm2) (Entered: 04/17/2024) |
| 04/17/2024 | | Set/Reset Deadlines: Joint Status Report due by 5/1/2024 (zglw) (Entered: 04/17/2024) |
| 05/01/2024 | 107 | Joint STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1)(Harrison, Lindsay) (Entered: 05/01/2024) |
| 05/09/2024 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by May 14, 2024, which updates the court on the parties' discussions concerning outstanding transition issues. The parties shall appear for a status conference on May 16, 2024, at 9:30 a.m. in Courtroom 10. D.C.−based counsel are expected to appear in person; out−of−town counsel or parties may appear remotely. The court will separately enter an order governing the discovery schedule for further proceedings. Signed by Judge Amit P. Mehta on 5/9/24. (lcapm2) (Entered: 05/09/2024) |

| | | |
|---|---|---|
| 05/09/2024 | | Set/Reset Deadlines/Hearings: Status Report due by 5/14/2024. Status Conference set for 5/16/2024 at 09:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. (znbn) (Entered: 05/09/2024) |
| 05/09/2024 | 108 | ORDER regarding further proceedings in this matter: (1) USI, Lender and USSM shall provide Amtrak with the name of any nonparty that has or claims an interest in the Subject Property Interest, along with an explanation as to the claimed or actual interest by June 17, 2024. The deadline for joinder of parties, including defendants pursuant to Rule 71.1(c)(3), and amendments of pleadings is June 24, 2024. (2) The parties shall serve requests for the production of documents by July 1, 2024. The parties shall serve written responses and objections on or before August 1, 2024, and shall complete their production of documents by September 16, 2024, unless extended by mutual agreement or court order. The parties shall not serve more than thirty requests for production absent leave of court. (3) The parties shall submit a Joint Status Report regarding the status of discovery by September 20, 2024. (4) All fact witness depositions shall be taken by October 31, 2024. (5) Amtrak shall submit any expert report(s) it intends to rely upon by November 21, 2024. USI, Lender and USSM shall serve any expert report(s) they intend to rely upon by December 23, 2024. Rebuttal expert reports must be served by the parties within the time limits set forth by Rule 26(a)(2)(D)(ii) or January 30, 2025, whichever is later. (6) The parties shall submit a Joint Status Report regarding the status of expert discovery by February 3, 2025. (7) All discovery shall conclude on March 5, 2025. (8) A Post−Discovery Status Conference is set for March 12, 2025, at 10:00 a.m. via videoconference. (9) Pretrial briefs shall be due by March 26, 2025. The pretrial briefs shall set forth (i) the relevant legal framework for determining just compensation, (ii) state the parties' positions on just compensation, and (iii) provide a factual summary of expected evidence at trial to support those positions. The pretrial briefs shall not exceed 15 pages. (10) The parties' Joint Pretrial Statement shall also be due by March 26, 2025. It shall contain (i) a schedule of expected witnesses, (ii) an exhibit list, (iii) stipulations reached by the parties, and (iv) designations of deposition testimony. Additionally, the parties shall identify any expected evidentiary issues that might arise at trial. (11) The parties shall appear for a Pretrial Conference on April 2, 2025, at 9:30 a.m. in Courtroom 10. (12). Trial in this matter shall commence on April 7, 2025, at 9:30 a.m. in Courtroom 10. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 5/9/24. (lcapm2) (Entered: 05/09/2024) |
| 05/09/2024 | | Set/Reset Deadlines/Hearings: Amended Pleadings due by 6/24/2024. Discovery due by 3/5/2025. due by 9/16/2024. Pretrial Statement due by 3/26/2025. Status Report due by 9/20/2024 Jury Trial set for 4/7/2025 at 09:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. Pretrial Conference set for 4/2/2025 at 09:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. Status Conference set for 3/12/2025 at 10:00 AM in Telephonic/VTC before Judge Amit P. Mehta. (see 108 for full details) (znbn) (Entered: 05/09/2024) |
| 05/14/2024 | 109 | Joint STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit A)(Harrison, Lindsay) (Entered: 05/14/2024) |
| 05/15/2024 | | NOTICE of Hearing: Status Conference set for 5/16/2024 at 9:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. (zjch, ) (Entered: 05/15/2024) |
| 05/16/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 5/16/2024. Status Report due by 5/22/2024 Court Reporter William Zaremba. |

| | | |
|---|---|---|
| | | (zjch, ) (Entered: 05/16/2024) |
| 05/23/2024 | 110 | NOTICE of Proposed Order *Granting Motion for Immediate Possession* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) re Status Conference, Set Deadlines/Hearings (Harrison, Lindsay) (Entered: 05/23/2024) |
| 05/24/2024 | 111 | ORDER granting Plaintiff's 72 Motion for Immediate Possession. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 5/23/24. (lcapm2) Modified to correct date signed on 5/24/2024 (smc). (Entered: 05/24/2024) |
| 05/24/2024 | 112 | Joint MOTION to Continue *Trial Date* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Proposed Order)(Harrison, Lindsay) (Entered: 05/24/2024) |
| 05/28/2024 | | MINUTE ORDER granting 112 Joint Motion to Continue Trial Date. Trial in this matter shall now commence on May 6, 2025, at 9:30 a.m. in Courtroom 10. The original trial date of April 7, 2025, is hereby vacated. Signed by Judge Amit P. Mehta on 5/28/24. (lcapm2) (Entered: 05/28/2024) |
| 05/28/2024 | | Set/Reset Hearings: Bench Trial set for 5/6/2025 at 9:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. (zjch, ) (Entered: 05/28/2024) |
| 06/04/2024 | 113 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on May 16, 2024; Page Numbers: 1−14. Date of Issuance: June 4, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/25/2024. Redacted Transcript Deadline set for 7/5/2024. Release of Transcript Restriction set for 9/2/2024.(Zaremba, William) (Entered: 06/04/2024) |
| 06/05/2024 | 114 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 111 Order by KOOKMIN BANK CO., LTD.. Filing fee $ 605, receipt number ADCDC−10944506. Fee Status: Fee Paid. Parties have been notified. (Scharf, Y.) (Entered: 06/05/2024) |
| 06/06/2024 | 115 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 114 Notice of Appeal to DC Circuit Court. (mg) (Entered: 06/06/2024) |
| 06/06/2024 | 116 | Joint MOTION to Stay *Pending Appeal* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Memorandum in Support of Lender and Union Station Investco, LLC's Joint Motion to Stay Pending Appeal, # 2 Text of Proposed Order)(Scharf, Y.) (Entered: 06/06/2024) |

| | | |
|---|---|---|
| 06/06/2024 | | USCA Case Number 24−7089 for 114 Notice of Appeal to DC Circuit Court filed by KOOKMIN BANK CO., LTD.. (znmw) (Entered: 06/06/2024) |
| 06/20/2024 | 117 | RESPONSE re 116 Joint MOTION to Stay *Pending Appeal* filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Proposed Order)(Harrison, Lindsay) (Entered: 06/20/2024) |
| 06/21/2024 | 118 | NOTICE *Line Regarding Notice of Condemnation to Unknown Owners* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Lambert, Patricia) (Entered: 06/21/2024) |
| 06/21/2024 | 119 | NOTICE *of Condemnation to Unknown Owners* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Lambert, Patricia) (Entered: 06/21/2024) |
| 06/21/2024 | 120 | NOTICE *Certificate of Diligent Search and Need for Service by Publication* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Lambert, Patricia) (Entered: 06/21/2024) |
| 06/27/2024 | 121 | REPLY to opposition to motion re 116 Joint MOTION to Stay *Pending Appeal* filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration of Amber R. Will in Further Support of Lender and USI's Motion for a Stay, # 2 Exhibit A − Comer Letter dated 06−26−2024, # 3 Exhibit B − [Excerpted] Evidentiary Hearing Transcript dated 09−11−2023, # 4 Exhibit C − Lender Discovery Requests dated 03−27−2023)(Scharf, Y.) (Entered: 06/27/2024) |
| 07/09/2024 | 122 | ORDER extending the date of transfer to 12:01 a.m. on July 29, 2024. See attached Order for additional details. Signed by Judge Amit P. Mehta on 07/09/2024. (lcapm1) (Entered: 07/09/2024) |
| 07/15/2024 | | Set/Reset Deadlines: Transfer due by 7/29/2024. (zakb) (Entered: 07/15/2024) |
| 07/15/2024 | 123 | MEMORANDUM OPINION AND ORDER denying Defendants' 116 Motion to Stay Pending Appeal. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 7/15/24. (lcapm2) Modified on 7/17/2024 to change document type to "Opinion" (zakb). (Entered: 07/15/2024) |
| 07/17/2024 | 124 | SERVICE by Publication filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). Last publication date July 11, 2024. (Attachments: # 1 Exhibit A)(Lambert, Patricia) (Entered: 07/17/2024) |
| 08/14/2024 | 125 | MOTION in Limine *REGARDING PAYMENT OF DEPOSITED FUNDS* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Kiernan, Paul) (Entered: 08/14/2024) |
| 08/28/2024 | 126 | Memorandum in opposition to re 125 Motion in Limine filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Harrison, Lindsay) (Entered: 08/28/2024) |
| 08/30/2024 | 127 | RESPONSE re 125 MOTION in Limine *REGARDING PAYMENT OF DEPOSITED FUNDS* filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 08/30/2024) |
| 09/19/2024 | 128 | Joint STATUS REPORT by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 09/19/2024) |

| | | |
|---|---|---|
| 10/15/2024 | 129 | Unopposed MOTION to Modify *Schedule* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Kiernan, Paul) (Entered: 10/15/2024) |
| 10/16/2024 | 130 | ORDER granting 129 Unopposed Motion to Modify Schedule. See the attached Order for details. Signed by Judge Amit P. Mehta on 10/16/2024. (lcapm1) (Entered: 10/16/2024) |
| 10/16/2024 | 131 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Alejandro Camacho, Filing fee $ 100, receipt number ADCDC−11233863. Fee Status: Fee Paid. by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Certificate of Good Standing, # 2 Declaration)(Lambert, Patricia) (Entered: 10/16/2024) |
| 10/16/2024 | | MINUTE ORDER granting 131 Motion for Leave to Appear Pro Hac Vice. Attorney Alejandro Camacho is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 10/16/2024. (lcapm1) (Entered: 10/16/2024) |
| 10/16/2024 | 132 | NOTICE of Appearance by Alejandro Camacho on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Camacho, Alejandro) (Entered: 10/16/2024) |
| 10/28/2024 | | Set/Reset Deadlines/Hearings: Rebuttal due by 2/28/2025. Status Report due by 3/5/2025. Discovery due by 4/4/2025. Pretrial Statement due by 4/16/2025. Discovery Hearing set for 4/9/2025 at 10:00 AM via Zoom and Pretrial Conference set for 4/25/2025 at 03:30 PM before Judge Amit P. Mehta. (zakb) (Entered: 10/28/2024) |
| 10/29/2024 | 133 | MOTION for Hearing re 125 MOTION in Limine *REGARDING PAYMENT OF DEPOSITED FUNDS* by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 10/29/2024) |
| 11/01/2024 | 134 | Memorandum in opposition to re 133 Motion for Hearing filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 11/01/2024) |
| 11/05/2024 | 135 | RESPONSE re 133 MOTION for Hearing re 125 MOTION in Limine *REGARDING PAYMENT OF DEPOSITED FUNDS* filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 11/05/2024) |
| 11/05/2024 | | MINUTE ORDER granting 133 Request for Expedited Hearing or Ruling. The parties shall appear for a hearing on 125 Defendants' Motion in Limine Regarding Payment of Deposited Funds on November 12, 2024, at 11:30 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 11/5/2024. (lcapm1) (Entered: 11/05/2024) |
| 11/05/2024 | 136 | NOTICE of Appearance by Alex Trepp on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Trepp, Alex) (Entered: 11/05/2024) |
| 11/06/2024 | | Set/Reset Hearings: Motion Hearing set for 11/12/2024 at 11:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. (zakb) (Entered: 11/06/2024) |
| 11/08/2024 | 137 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Elizabeth Edmondson, Filing fee $ 100, receipt number ADCDC−11289746. Fee Status: Fee Paid. by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Declaration in Support of Motion, # 2 Certificate of Good Standing)(Edmondson, Elizabeth) (Entered: 11/08/2024) |

| | | |
|---|---|---|
| 11/08/2024 | | MINUTE ORDER granting 137 Motion for Leave to Appear Pro Hac Vice. Attorney Elizabeth A. Edmondson is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 11/8/2024. (lcapm1) (Entered: 11/08/2024) |
| 11/08/2024 | 138 | NOTICE of Appearance by Elizabeth Edmondson on behalf of NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Edmondson, Elizabeth) (Entered: 11/08/2024) |
| 11/11/2024 | | MINUTE ORDER. The hearing on Defendants' motion in limine scheduled for November 12, 2024, will now be held at 11:00 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 11/11/2024. (lcapm1) (Entered: 11/11/2024) |
| 11/11/2024 | | MINUTE ORDER. At the hearing scheduled on November 12, 2024, the parties shall be prepared to address the Supreme Court decision in *United States v. Miller*, 317 U.S. 369 (1943), and how the Court's interpretation of the analogous federal takings statute bears on the parties' present dispute. Signed by Judge Amit P. Mehta on 11/11/2024. (lcapm1) (Entered: 11/11/2024) |
| 11/12/2024 | | NOTICE OF ERROR re 137 Motion for Leave to Appear Pro Hac Vice; emailed to eedmondson@jenner.com, cc'd 53 associated attorneys −− The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. Signature of filer must match the name on the PACER account. (mg, ) (Entered: 11/12/2024) |
| 11/12/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Hearing on Motion held on 11/12/2024. The Court heard arguments on the Defendants' 125 Motion in Limine Regarding Payment of Deposited Funds. Order forthcoming via chambers. (Court Reporter William Zaremba.) (zakb) (Entered: 11/12/2024) |
| 11/14/2024 | 139 | TRANSCRIPT OF MOTION HEARING PROCEEDINGS before Judge Amit P. Mehta held on November 12, 2024; Page Numbers: 1−59. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/5/2024. Redacted Transcript Deadline set for 12/15/2024. Release of Transcript Restriction set for 2/12/2025.(Zaremba, William) (Entered: 11/14/2024) |
| 11/26/2024 | 140 | |

| | | |
|---|---|---|
| | | MOTION to Modify *Schedule* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Will, Amber) (Entered: 11/26/2024) |
| 11/27/2024 | | MINUTE ORDER. Plaintiff Amtrak shall respond to Defendants USI and Lenders 140 Motion to Modify Schedule, by December 4, 2024, at 5:00 p.m. The parties shall also appear for a remote status conference on December 5, 2024, at 9:00 a.m. before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 11/27/2024. (zakb) (Entered: 11/27/2024) |
| 12/04/2024 | 141 | Memorandum in opposition to re 140 Motion to Modify filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Harrison, Lindsay) (Entered: 12/04/2024) |
| 12/04/2024 | | MINUTE ORDER. The court hereby vacates the status conference scheduled for December 5, 2024, at 9:00 A.M. The court will rule on Defendant's 140 Motion to Modify Schedule on the papers. Signed by Judge Amit P. Mehta on 12/4/2024. (lcapm1) (Entered: 12/04/2024) |
| 12/05/2024 | 142 | REPLY to opposition to motion re 140 Motion to Modify filed by KOOKMIN BANK CO., LTD.. (Will, Amber) (Entered: 12/05/2024) |
| 12/06/2024 | 143 | MOTION to Compel *By Lender's* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Kiernan, Paul) (Entered: 12/06/2024) |
| 12/09/2024 | 144 | ORDER granting in part and denying in part Defendants' 140 Motion to Modify Schedule. Defendants' request to extend all deadlines, including the trial date, by 90 days is denied. The court will extend the fact discovery deadline to December 31, 2024, for Defendants to take fact depositions noticed before November 29, 2024. If the parties are amenable to moving the trial date to May 12, 2025, they shall notify the court by December 12, 2024. Signed by Judge Amit P. Mehta on 12/9/2024. (lcapm1) (Entered: 12/09/2024) |
| 12/09/2024 | 145 | ORDER granting Defendants Union Station Investco, LLC and Kookmin Bank Co., LTD's 125 Motion in Limine Regarding Payment of Deposited Funds. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/9/2024. (lcapm1) (Entered: 12/09/2024) |
| 12/12/2024 | 146 | NOTICE of Appearance by Hannelore Sklar on behalf of The Public Investment Fund of The Kingdom of Saudi Arabia (Sklar, Hannelore) (Entered: 12/12/2024) |
| 12/12/2024 | 147 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kimberly A. Havlin, Filing fee $ 100, receipt number ADCDC−11355147. Fee Status: Fee Paid. by The Public Investment Fund of The Kingdom of Saudi Arabia. (Attachments: # 1 Declaration of Kimberly A. Havlin, # 2 Certificate of Good Standing (NY), # 3 Text of Proposed Order)(Sklar, Hannelore) (Entered: 12/12/2024) |
| 12/12/2024 | 148 | MOTION for Disbursement of Funds *to Lender* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Scharf, Y.) (Entered: 12/12/2024) |
| 12/13/2024 | | MINUTE ORDER denying without prejudice 147 Motion for Leave to Appear Pro Hac Vice. To cure the application, the movant must submit the non−member's office telephone number in addition to her office address. See LCvR 83.2(c)(2). Signed by Judge Amit P. Mehta on 12/13/2024. (lcapm1) (Entered: 12/13/2024) |

| | | |
|---|---|---|
| 12/13/2024 | 149 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kimberly A. Havlin, *(Corrected)* Fee Status: No Fee Paid. by The Public Investment Fund of The Kingdom of Saudi Arabia. (Attachments: # 1 Declaration of Kimberly A. Havlin, # 2 Certificate of Good Standing (NY), # 3 Text of Proposed Order)(Sklar, Hannelore) (Entered: 12/13/2024) |
| 12/16/2024 | | NOTICE OF ERROR regarding 149 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kimberly A. Havlin, *(Corrected)* Fee Status: No Fee Paid.. The following error(s) need correction: Other− Pro Hac Vice Motion must be accompanied by a payment of $100 (LCvR 83.2(c)(2)). Please submit payment using event: Payment of Fee− Pro Hac Vice Motion. (mg) (Entered: 12/16/2024) |
| 12/16/2024 | | MINUTE ORDER. Before the court rules on Defendants' 148 Motion Relating to Disbursement of Deposited Funds to Lender, the court wishes to understand the reason for the recent entry of appearance by counsel for The Public Investment Fund of The Kingdom of Saudi Arabia (the "Fund"). The Fund shall submit a statement of interest in this matter by December 18, 2024. Signed by Judge Amit P. Mehta on 12/16/2024. (lcapm1) (Entered: 12/16/2024) |
| 12/16/2024 | | Payment for 149 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kimberly A. Havlin, *(Corrected)* Fee Status: No Fee Paid.. ($100; Receipt number ADCDC−11360165). (Sklar, Hannelore) (Entered: 12/16/2024) |
| 12/16/2024 | | MINUTE ORDER granting 149 Motion for Leave to Appear Pro Hac Vice. Attorney Kimberly A. Havlin is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/16/2024. (lcapm1) (Entered: 12/16/2024) |
| 12/17/2024 | 150 | NOTICE of Appearance by Kimberly Anne Havlin on behalf of PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA (Havlin, Kimberly) (Entered: 12/17/2024) |
| 12/17/2024 | 151 | NOTICE *of Statement of Interest* by PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA re Order,, Set Deadlines, (Sklar, Hannelore) (Entered: 12/17/2024) |
| 12/17/2024 | 152 | Consent MOTION to Modify *the deadlines for depositions in fact discovery and expert disclosure* by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order Granting Motion on Consent for Discovery Modifications)(Scharf, Y.) (Entered: 12/17/2024) |
| 12/18/2024 | 153 | ORDER granting 152 Motion on Consent for Discovery Modifications. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/18/2024. (lcapm1) (Entered: 12/18/2024) |
| 12/18/2024 | 154 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Cynthia Lovinger Siderman, Filing fee $ 100, receipt number ADCDC−11365507. Fee Status: Fee Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Declaration of Cynthia Lovinger Siderman, # 2 Exhibit Certificate of Good Standing of Cynthia Lovinger Siderman, # 3 Text of Proposed Order)(Kiernan, Paul) (Entered: 12/18/2024) |
| 12/18/2024 | 155 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− James G. Greilsheimer, Filing fee $ 100, receipt number ADCDC−11365586. Fee Status: Fee |

| | | |
|---|---|---|
| | | Paid. by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Declaration Declaration of James G. Greilsheimer, # 2 Exhibit Certificate of Good Standing of James G. Greilsheimer, # 3 Text of Proposed Order)(Kiernan, Paul) (Entered: 12/18/2024) |
| 12/18/2024 | 156 | ORDER granting 148 Motion for Disbursement of Deposited Funds. The Clerk is directed to disburse the deposited funds of $250 million, plus all accrued interest as of the date of disbursement, to Kookmin Bank Co., Ltd. ("Lender"), pursuant to wiring instructions to be provided by Lender to the Clerk's Office. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/18/2024. (lcapm1) (Main Document 156 replaced on 12/31/2024 to fill in signature date) (zakb). (Entered: 12/18/2024) |
| 12/20/2024 | 157 | Memorandum in opposition to re 143 Motion to Compel filed by UNITED STATES DEPARTMENT OF TRANSPORTATION. (Attachments: # 1 Declaration of Rebecca Reyes−Alicea, # 2 Exhibit A (Subpoena), # 3 Exhibit B (FRA March 2022 letter), # 4 Text of Proposed Order)(Robinson, John) (Entered: 12/20/2024) |
| 12/20/2024 | 158 | Cross MOTION for Protective Order by UNITED STATES DEPARTMENT OF TRANSPORTATION. (Attachments: # 1 Declaration of Rebecca Reyes−Alicea, # 2 Exhibit A (Subpoena), # 3 Exhibit B (FRA March 2022 letter), # 4 Text of Proposed Order)(Robinson, John) (Entered: 12/20/2024) |
| 12/26/2024 | 159 | Unopposed MOTION for Extension of Time to File Response/Reply as to 158 Cross MOTION for Protective Order by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Kiernan, Paul) (Entered: 12/26/2024) |
| 12/26/2024 | | MINUTE ORDER granting Lender's 159 Unopposed Motion for Extension of Time. Lender shall respond to Non−Party United States Department of Transportation's 158 Opposition To Lender's Motion To Compel and Cross−Motion For Protective Order on or before January 6, 2025. Signed by Judge Amit P. Mehta on 12/26/2024. (lcapm1) (Entered: 12/26/2024) |
| 01/02/2025 | | MINUTE ORDER granting 154 Motion for Leave to Appear Pro Hac Vice. Attorney Cynthia Lovinger Siderman is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 1/2/2025. (lcapm1) (Entered: 01/02/2025) |
| 01/02/2025 | | MINUTE ORDER granting 155 Motion for Leave to Appear Pro Hac Vice. Attorney James G. Greilsheimer is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 1/2/2025. (lcapm1) (Entered: 01/02/2025) |
| 01/06/2025 | 160 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by KOOKMIN BANK CO., LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Kiernan, Paul) (Entered: 01/06/2025) |
| 01/08/2025 | 161 | NOTICE of Appearance by James Gans Greilsheimer on behalf of KOOKMIN BANK CO., LTD. (Greilsheimer, James) (Entered: 01/08/2025) |
| 01/08/2025 | 162 | NOTICE of Appearance by Cynthia Siderman on behalf of KOOKMIN BANK CO., LTD. (Siderman, Cynthia) (Entered: 01/08/2025) |
| 01/13/2025 | 163 | |

| | | |
|---|---|---|
| | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by UNITED STATES DEPARTMENT OF TRANSPORTATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Reply in Support of Cross−Motion for Protective Order, # 2 Text of Proposed Order)(Robinson, John) (Entered: 01/13/2025) |
| 01/21/2025 | | NOTICE of Hearing on 143 Lender's Motion to Compel; 158 Non−Party United States Department of Transportation's Cross−Motion for Protective Order. Motion Hearing set for January 23, 2025, at 03:30 PM in Courtroom 10. Counsel requesting a remote option may appear via Zoom. (lcapm1) (Entered: 01/21/2025) |
| 01/23/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motions hearing held on 1/23/2025. Court heard arguments on Lender's 143 Motion to Compel and the United States Department of Transportation's 158 Cross−Motion for Protective Order. Matter taken under advisement. (Court Reporter William Zaremba.) (zakb) (Entered: 01/23/2025) |
| 01/27/2025 | 164 | NOTICE *of willingness to produce documents* by UNITED STATES DEPARTMENT OF TRANSPORTATION re 158 Motion for Protective Order, 143 Motion to Compel (Robinson, John) (Entered: 01/27/2025) |
| 01/28/2025 | 165 | ORDER granting in part and denying in part 143 Lender's Motion to Compel and denying 158 Nonparty Department of Transportation's Cross−Motion for a Protective Order. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/28/2025. (lcapm1) (Entered: 01/28/2025) |
| 02/03/2025 | 166 | TRANSCRIPT OF MOTION HEARING PROCEEDINGS before Judge Amit P. Mehta held on January 23, 2025; Page Numbers: 1−45. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/24/2025. Redacted Transcript Deadline set for 3/6/2025. Release of Transcript Restriction set for 5/4/2025.(Zaremba, William) (Entered: 02/03/2025) |
| 02/06/2025 | 167 | Joint MOTION for ORDER for Final Judgment and Request for Expedited Consideration by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), UNION STATION INVESTCO, LLC, KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit 1 − Consent Order, # 2 Exhibit 2 − Email)(Harrison, Lindsay). Added MOTION to Expedite on 2/7/2025 (mg). Modified event on 2/7/2025 (mg). (Entered: 02/06/2025) |

| | | |
|---|---|---|
| 02/06/2025 | 168 | MOTION to Dismiss *USSM as a Defendant and Request for Expedited Treatment* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit 1 − Joe Press Depo Transcript, # 4 Exhibit 2 − Michael Rebibo Depo Transcript, # 5 Exhibit 3 − USSM Responses to Lender Interrogatories, # 6 Exhibit 4 − Email)(Harrison, Lindsay). Added MOTION to Expedite on 2/7/2025 (mg). (Entered: 02/06/2025) |
| 02/06/2025 | 169 | Joint MOTION to Vacate *Deadlines* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), UNION STATION INVESTCO, LLC, KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Harrison, Lindsay) (Entered: 02/06/2025) |
| 02/07/2025 | | MINUTE ORDER. Defendant USSM shall advise the court by February 10, 2025, whether it opposes the 169 Joint Motion of Amtrak and Lender to Vacate Deadlines. Further, USSM shall file its response to the 167 Joint Motion for Entry of a Consent Order for Final Judgment and Request for Expedited Consideration and Amtrak's 168 Motion to Dismiss USSM as a Defendant and Request for Expedited Treatment by February 13, 2025. Signed by Judge Amit P. Mehta on 2/7/2025. (lcapm1) Modified on 2/7/2025 to condense text (zakb). (Entered: 02/07/2025) |
| 02/07/2025 | 170 | MOTION for Extension of Time to File Response/Reply as to 167 Joint MOTION for Entry of a Consent Order for Final Judgment and Request for Expedited Consideration , 168 MOTION to Dismiss *USSM as a Defendant and Request for Expedited Treatment / Defendant USSMs Response to Request to Expedite Consideration of Motion to Dismiss and Related Motions and Request for an Extension of Time to Respond* by UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 02/07/2025) |
| 02/07/2025 | | MINUTE ORDER denying 170 Defendant USSM's Request for Extension of Time to Respond without prejudice. Pursuant to Local Civil Rule 7(m), counsel for USSM shall meet and confer with opposing counsel before filing a motion for an extension of time. Signed by Judge Amit P. Mehta on 2/7/2025. (lcapm2) (Entered: 02/07/2025) |
| 02/07/2025 | 171 | MOTION for Extension of Time to File Response/Reply as to 167 MOTION for Order MOTION to Expedite, 168 MOTION to Dismiss *USSM as a Defendant and Request for Expedited Treatment* MOTION to Expedite by UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Exhibit A)(Ross, David) (Entered: 02/07/2025) |
| 02/07/2025 | | MINUTE ORDER. Amtrak and Lender shall respond to 171 Defendant USSM's Renewed Request for Extension of Time to Respond by 5:00 p.m. on February 10, 2025. The court will request a reply brief from USSM only if one is deemed necessary. Signed by Judge Amit P. Mehta on 2/7/2025. (lcapm2) (Entered: 02/07/2025) |
| 02/10/2025 | 172 | RESPONSE re 171 MOTION for Extension of Time to File Response/Reply as to 167 MOTION for Order MOTION to Expedite, 168 MOTION to Dismiss *USSM as a Defendant and Request for Expedited Treatment* MOTION to Expedite filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 02/10/2025) |
| 02/10/2025 | | MINUTE ORDER denying in substantial part Defendant USSM's 171 Renewed Motion for Extension of Time to Respond. The court will grant USSM until February 14, 2025, to file is responses to the motions docketed at ECF Nos. 167, 168. As the principal parties have reached a settlement, it is in their interests and the public interest to expedite resolution the pending motions. USSM will not be prejudiced by a |

| | | |
|---|---|---|
| | | shortened response date. Amtrak and Lender shall file their reply briefs by February 19, 2025. Signed by Judge Amit P. Mehta on 2/10/2025. (lcapm1) (Entered: 02/10/2025) |
| 02/10/2025 | 173 | RESPONSE re 169 Joint MOTION to Vacate *Deadlines* filed by UNION STATION SOLE MEMBER, LLC. (Ross, David) (Entered: 02/10/2025) |
| 02/11/2025 | | MINUTE ORDER granting 169 Joint Motion of Amtrak and Lender to Vacate Deadlines. In light of the possible settlement of this matter, all pending court dates and deadlines, including the setting of trial, are hereby vacated, except for the briefing deadlines related to ECF Nos. 167 and 168. Signed by Judge Amit P. Mehta on 2/11/2025. (lcapm1) (Entered: 02/11/2025) |
| 02/14/2025 | 174 | Memorandum in opposition to re 167 Motion for Order,, Motion to Expedite, 168 Motion to Dismiss,, Motion to Expedite, filed by UNION STATION SOLE MEMBER, LLC. (Attachments: # 1 Exhibit 1: Mortgage Loan Agreement, # 2 Exhibit 2: Mezzanine Loan Agreement, # 3 Exhibit 3: USSM Summary Judgment Brief in NY Action, # 4 Exhibit 4: Rebibo Deposition Excerpt, # 5 Exhibit 5: 2022.11.03 Transcript from NY Action, # 6 Exhibit 6: JLL Management Agreement for Union Station)(Ross, David) (Entered: 02/14/2025) |
| 02/19/2025 | 175 | REPLY to opposition to motion re 167 Motion for Order,, Motion to Expedite, 168 Motion to Dismiss,, Motion to Expedite, filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 02/19/2025) |
| 02/24/2025 | | NOTICE of Hearing: Motion Hearing set for 2/27/2025 at 02:00 PM in Courtroom 10 (In Person) before Judge Amit P. Mehta. (zakb) (Entered: 02/24/2025) |
| 02/25/2025 | 176 | NOTICE *of Lien* by DISTRICT OF COLUMBIA (Glover, Andrew) (Entered: 02/25/2025) |
| 02/25/2025 | | MINUTE ORDER. Counsel for the District of Columbia shall appear at the hearing scheduled in this matter on February 27, 2025, at 2 PM in Courtroom 10. Signed by Judge Amit P. Mehta on 2/25/2025. (lcapm1) (Entered: 02/25/2025) |
| 02/27/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion hearing held on 2/27/2025. Court heard arguments on Amtrak's and Kookmin Bank's 167 Joint Motion for Entry of a Consent Order for Final Judgment and Amtrak's 168 Motion to Dismiss USSM as a Defendant. Matter taken under advisement. (Court Reporter William Zaremba.) (zakb) (Entered: 02/27/2025) |
| 02/28/2025 | 177 | TRANSCRIPT OF MOTION HEARING PROCEEDINGS before Judge Amit P. Mehta held on February 27, 2025; Page Numbers: 1−77. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/21/2025. Redacted Transcript Deadline set for 3/31/2025. Release of Transcript Restriction set for 5/29/2025.(Zaremba, William) (Entered: 02/28/2025) |
| 02/28/2025 | | MINUTE ORDER. At the February 27, 2025 hearing, the court neglected to address the District of Columbia's 176 Notice of Lien. The parties shall file a response to the Notice by March 3, 2025, addressing how it may affect the resolution of this matter. Signed by Judge Amit P. Mehta on 2/28/2025. (lcapm1) (Entered: 02/28/2025) |
| 03/03/2025 | 178 | RESPONSE re 176 Notice (Other) filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Harrison, Lindsay) (Entered: 03/03/2025) |
| 03/03/2025 | 179 | RESPONSE re 176 Notice (Other) filed by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit)(Kiernan, Paul) (Entered: 03/03/2025) |
| 03/03/2025 | 180 | STATUS REPORT by KOOKMIN BANK CO., LTD.. (Attachments: # 1 Exhibit A−Court's Memorandum Opinion and Order)(Scharf, Y.) (Entered: 03/03/2025) |
| 03/05/2025 | 181 | MEMORANDUM OPINION & ORDER granting 168 Amtrak's Motion to Dismiss USSM as a Defendant and Request for Expedited Treatment. Defendant USSM is hereby dismissed from this action. See the attached Memorandum Opinion & Order for additional details. Signed by Judge Amit P. Mehta on 3/5/2025. (lcapm1) (Entered: 03/05/2025) |
| 03/05/2025 | | MINUTE ORDER. Amtrak and Lender shall appear for a remote status conference concerning the form and substance of the proposed consent order on March 7, 2025, at 2:00 p.m. Signed by Judge Amit P. Mehta on 3/5/2025. (lcapm1) Modified on 3/6/2025 to include law clerk (zakb). (Entered: 03/05/2025) |
| 03/06/2025 | 182 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 181 Order on Motion to Dismiss,, Order on Motion to Expedite, by UNION STATION SOLE MEMBER, LLC. Filing fee $ 605, receipt number ADCDC−11523553. Fee Status: Fee Paid. Parties have been notified. (Hulme, James) Modified on 3/6/2025 to correct filer at the request of counsel (zjm). (Entered: 03/06/2025) |
| 03/06/2025 | 183 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 182 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 03/06/2025) |
| 03/07/2025 | | Minute Entry for remote proceedings held before Judge Amit P. Mehta: Status Conference held on 3/7/2025. Stipulated Judgment forthcoming via chambers. (Court Reporter William Zaremba.) (zakb) (Entered: 03/07/2025) |
| 03/07/2025 | 184 | ORDER granting 167 Joint Motion for Entry of a Consent Order for Final Judgment and Request for Expedited Consideration. See the attached Stipulated Judgment for additional details. Signed by Judge Amit. P. Mehta on 3/7/2025. (lcapm1) (Entered: 03/07/2025) |
| 03/07/2025 | | JUDGMENT in favor of UNION STATION INVESTCO, LLC and KOOKMIN BANK CO., LTD. against NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). See 184 Stipulated Judgement for details. Signed by Judge Amit P. Mehta on 3/7/2025. (zakb) (Entered: 03/07/2025) |

| | | |
|---|---|---|
| 03/07/2025 | | USCA Case Number 25−7031 for 182 Notice of Appeal to DC Circuit Court, filed by UNION STATION SOLE MEMBER, LLC. (mg) (Entered: 03/07/2025) |
| 03/11/2025 | 185 | SATISFACTION OF JUDGMENT by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 03/11/2025) |
| 03/13/2025 | 186 | ORDER of USCA as to 114 Notice of Appeal to DC Circuit Court filed by KOOKMIN BANK CO., LTD. ; USCA Case Number 24−7089. (mg) (Entered: 03/14/2025) |
| 05/02/2025 | 187 | MOTION for Status Conference by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (Harrison, Lindsay) Modified event on 5/5/2025 (mg). (Entered: 05/02/2025) |
| 05/02/2025 | 188 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Harrison, Lindsay) (Entered: 05/02/2025) |
| 05/08/2025 | | NOTICE OF HEARING: The parties shall appear for a Status Conference on May 22, 2025, at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. (lcapm1) (Entered: 05/08/2025) |
| 05/13/2025 | | NOTICE of Hearing: The Status Conference currently set for 5/22/2025 is vacated and reset for 5/27/2025 at 11:00 AM in Courtroom 10− In Person before Judge Amit P. Mehta. Counsel who cannot attend in person may appear remotely. (zakb) (Entered: 05/13/2025) |
| 05/16/2025 | 189 | NOTICE of Appearance by Paul J. Kiernan on behalf of UNION STATION INVESTCO, LLC (Kiernan, Paul) (Entered: 05/16/2025) |
| 05/21/2025 | 190 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNION STATION INVESTCO, LLC. Attorney Steven Jay Willner and Thomas Moss Wood, IV terminated. (Willner, Steven) (Entered: 05/21/2025) |
| 05/21/2025 | 191 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNION STATION INVESTCO, LLC. (Wood, Thomas) (Entered: 05/21/2025) |
| 05/27/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 5/27/2025. Cross Motions from the parties due by 6/10/2025. Reply to Cross Motions due by 6/17/2025. Court ordered that the page limit for the forthcoming cross−motions shall be ten (10) pages. (Court Reporter William Zaremba.) (zakb) (Entered: 05/27/2025) |
| 06/04/2025 | 192 | NOTICE of Change of Address by James Gans Greilsheimer (Greilsheimer, James) (Entered: 06/04/2025) |
| 06/04/2025 | 193 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on May 27, 2025; Page Numbers: 1−34. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, |

| | | |
|---|---|---|
| | | (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/25/2025. Redacted Transcript Deadline set for 7/5/2025. Release of Transcript Restriction set for 9/2/2025.(Zaremba, William) (Entered: 06/04/2025) |
| 06/10/2025 | 194 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by KOOKMIN BANK CO., LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Defendants Motion to Enforce Settlement Agreement, # 2 Exhibit Settlement Agreement, # 3 Exhibit Declaration of Michael Rebibo)(Kiernan, Paul) (Entered: 06/10/2025) |
| 06/10/2025 | 195 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Plaintiff's Motion to Enforce Settlement Agreement, # 2 Declaration of Christopher J. Flack, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8)(Harrison, Lindsay) (Entered: 06/10/2025) |
| 06/17/2025 | 196 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Plaintiff's Response to Defendants' Motion to Enforce Settlement Agreement)(Harrison, Lindsay) (Entered: 06/17/2025) |
| 06/17/2025 | 197 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by KOOKMIN BANK CO., LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Defendant's Opposition to Plaintiff's Motion to Enforce Settlement, # 2 Exhibit Declaration of Paul J. Kiernan, # 3 Exhibit Supplemental Declaration of Michael Rebibo)(Kiernan, Paul) (Entered: 06/17/2025) |
| 06/24/2025 | 198 | MOTION for Leave to File *Declarations* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Declaration of Christopher J. Flack, # 2 Declaration of Louis Wolfowitz)(Harrison, Lindsay) (Entered: 06/24/2025) |
| 06/26/2025 | 199 | RESPONSE re 198 MOTION for Leave to File *Declarations* filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 06/26/2025) |
| 09/12/2025 | 200 | MOTION FOR ORDER DIRECTING PARTIES TO FILE PUBLIC VERSIONS OF CERTAIN SUBMISSIONS by CHIPOTLE MEXICAN GRILL, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gant, Scott) (Entered: 09/12/2025) |
| 09/12/2025 | 201 | NOTICE of Appearance by Scott E. Gant on behalf of CHIPOTLE MEXICAN GRILL, INC. (Gant, Scott) (Entered: 09/12/2025) |
| 09/17/2025 | 202 | RESPONSE re 200 MOTION FOR ORDER DIRECTING PARTIES TO FILE PUBLIC VERSIONS OF CERTAIN SUBMISSIONS filed by KOOKMIN BANK |

| | | |
|---|---|---|
| | | CO., LTD.. (Kiernan, Paul) (Entered: 09/17/2025) |
| 09/19/2025 | 203 | RESPONSE re 200 MOTION FOR ORDER DIRECTING PARTIES TO FILE PUBLIC VERSIONS OF CERTAIN SUBMISSIONS / *Statement of Non−Opposition* filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Harrison, Lindsay) (Entered: 09/19/2025) |
| 10/14/2025 | 204 | ORDER granting in part and denying in part the parties' sealing motions, ECF Nos. 188 , 194 , 195 , 196 , and 197 ; and granting in part and denying in part Chipotle Mexican Grill's Motion Requesting Order Directing the Parties to File Public Versions of Filings Concerning Cross−Motions to Enforce Settlement Agreement, ECF No. 200 . The Clerk of Court shall maintain ECF Nos. 188 , 194 , 195 , 196 , and 197 under seal, and by October 22, 2025, the parties shall re−submit their respective filings consistent with this Order. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/14/2025. (lcapm1) (Entered: 10/14/2025) |
| 10/14/2025 | 210 | SEALED DOCUMENT (Exhibits) filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4)(mg) (Entered: 10/22/2025) |
| 10/14/2025 | 211 | SEALED MOTION filed by KOOKMIN BANK CO., LTD.. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Settlement Agreement, # 2 Exhibit Declaration of Michael Rebibo)(mg) (Entered: 10/22/2025) |
| 10/14/2025 | 213 | SEALED MOTION to Enforce Settlement Agreement filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Christopher J. Flack, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(mg) (Entered: 10/24/2025) |
| 10/14/2025 | 214 | SEALED OPPOSITION filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) re 211 Sealed Motion (mg) (Entered: 10/24/2025) |
| 10/14/2025 | 215 | SEALED OPPOSITION filed by KOOKMIN BANK CO., LTD. re 213 Sealed Motion, (Attachments: # 1 Exhibit Declaration of Paul J. Kiernan, # 2 Exhibit Supplemental Declaration of Michael Rebibo)(mg) (Entered: 10/24/2025) |
| 10/17/2025 | 205 | ORDER of USCA as to 182 Notice of Appeal to DC Circuit Court, filed by UNION STATION SOLE MEMBER, LLC ; USCA Case Number 25−7031. (mg) (Entered: 10/17/2025) |
| 10/17/2025 | 206 | MOTION to Reconsider the Limited Unsealing of the Settlement Agreement re 204 Order on Sealed Motion for Leave to File Document Under Seal,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,, Set/Reset Deadlines,, by New Tradition Outdoor, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hayes, Michele) (Entered: 10/17/2025) |
| 10/17/2025 | 207 | NOTICE of Appearance by Michele Frances Hayes on behalf of New Tradition Outdoor, LLC (Hayes, Michele) (Entered: 10/17/2025) |
| 10/22/2025 | 208 | REDACTED DOCUMENT− Defendants Motion to Enforce Settlement Agreement to 204 Order on Sealed Motion for Leave to File Document Under Seal,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,, Set/Reset Deadlines,, *ECF No. 194* by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 10/22/2025) |

| | | |
|---|---|---|
| 10/22/2025 | 209 | REDACTED DOCUMENT− to 204 Order on Sealed Motion for Leave to File Document Under Seal,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,, Set/Reset Deadlines,, *ECF No. 197: Defendants Opposition to Amtraks Motion to Enforce Settlement Agreement* by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 10/22/2025) |
| 10/22/2025 | 212 | NOTICE *of Filing* by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) re 204 Order on Sealed Motion for Leave to File Document Under Seal,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,, Set/Reset Deadlines,, (Attachments: # 1 Exhibit Joint Motion to File Under Seal, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4 (Redacted), # 6 Exhibit Unopposed Motion to File Under Seal, # 7 Exhibit Plaintiff's Motion to Enforce Settlement Agreement, # 8 Exhibit Declaration of Christopher J. Flack, # 9 Exhibit 1 (Redacted), # 10 Exhibit 2 (Redacted), # 11 Exhibit 3 (Redacted), # 12 Exhibit 4 (Redacted), # 13 Exhibit 5 (Redacted), # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8, # 17 Exhibit Unopposed Motion to File Under Seal, # 18 Exhibit Plaintiff's Response to Defendants' Motion to Enforce Settlement Agreement)(Harrison, Lindsay) (Entered: 10/22/2025) |
| 10/31/2025 | 216 | RESPONSE re 206 MOTION to Reconsider the Limited Unsealing of the Settlement Agreement re 204 Order on Sealed Motion for Leave to File Document Under Seal,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,, Set/Reset Deadlines,, filed by KOOKMIN BANK CO., LTD.. (Kiernan, Paul) (Entered: 10/31/2025) |
| 02/24/2026 | 217 | ORDER granting Plaintiff's 213 Motion to Enforce Settlement Agreement; denying Defendants' 211 Motion to Enforce Settlement Agreement; and denying as moot Plaintiff's 198 Motion for Leave to File Declarations. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/24/2026. (lcapm2) (Entered: 02/24/2026) |
| 02/24/2026 | | MINUTE ORDER denying New Tradition Outdoor, LLC's 206 Motion to Reconsider the Limited Unsealing of the Settlement Agreement as moot. The court denies New Tradition Outdoor, LLC's ("New Tradition") motion as moot, as the parties have now disclosed the relevant provisions of the Settlement Agreement sought by New Tradition. Signed by Judge Amit P. Mehta on 2/24/2026. (lcapm2) (Entered: 02/24/2026) |
| 03/11/2026 | 218 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 217 Order on Motion for Leave to File,, Order on Sealed Motion,,, by KOOKMIN BANK CO., LTD.. Filing fee $ 605, receipt number ADCDC−12293840. Fee Status: Fee Paid. (Scharf, Y.) (Entered: 03/11/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

Plaintiff,

Case No. 1:22-cv-01043 (APM)

v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

Defendants.

---------------------------------------------------------------- X

**DEFENDANTS' NOTICE OF APPEAL**

Defendants Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") and Union Station Investco, LLC ("USI") hereby give notice of their appeal to the U.S. Court of Appeals for the District of Columbia Circuit, of each and every part of this Court's Order Granting Plaintiff National Railroad Passenger Corporation (Amtrak)'s Motion to Enforce Settlement Agreement, dated February 24, 2026, (the "Order") (ECF Doc. No. 217).

Dated: March 11, 2026

*/s/ Y. David Scharf*
Y. David Scharf
Amber R. Will
Mahnoor Misbah
*Admitted pro hac vice*
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
ydscharf@morrisoncohen.com

*Attorneys for Lender Defendants*

*/s/ Paul J. Kiernan*
Paul J. Kiernan
HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Paul.Kiernan@hkland.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al.,**<br><br>**Defendants.** | ) | **Case No. 22-cv-01043 (APM)** |

**ORDER**

The parties have asked the court to decide whether Plaintiff National Railroad Passenger Corporation ("Amtrak") has violated the Settlement Agreement by seeking rents anew from Union Station tenants who previously made rent payments to Defendants instead of Amtrak between the Possession Date of July 15, 2024, *see* Order, ECF No. 111, and the final Settlement date of February 5, 2025. *See* Defs.' Mot. to Enforce Settlement Agreement, ECF No. 211 [hereinafter Defs.' Mot.]; Pl.'s Mot. to Enforce Settlement Agreement, ECF No. 213 [hereinafter Pl.'s Mot.]. These demands, Defendants say, conflict with the Settlement Agreement because they have caused tenants who paid such rents to seek their return from Defendants. As explained below, the court concludes that Amtrak has not breached the Agreement.

The construction of a settlement agreement is "construed under 'general principles of contract law.'" *Dyer v. Bilaal*, 983 A.2d 349, 354 (D.C. 2009) (citation omitted). The District of Columbia "adheres to an 'objective' law of contracts, meaning 'the written language embodying the terms of an agreement will govern the rights and liabilities of the parties [regardless] of the intent of the parties at the time they entered into the contract, unless the written language is not susceptible of a clear and definite undertaking, or unless there is fraud, duress, or mutual mistake.'" *Id.* at 354–55 (alteration in original) (citation omitted). When the agreement is "facially unambiguous, [the court] must rely solely upon its language as providing the best objective manifestation of the parties' intent." *Bolling Fed. Credit Union v. Cumis Ins.*, 475 A.2d 382, 385 (D.C. 1984). To determine if there is ambiguity, the court must "examine the document on its face, giving the language used its plain meaning." *Dyer*, 983 A.2d at 355 (internal quotation marks and citation omitted). Only when "the contract has more than one reasonable interpretation and therefore is ambiguous" may the court consider extrinsic evidence to determine what a "reasonable person in the position of the parties would have thought the disputed language meant." *Id.* (internal quotation marks and citation omitted).

The parties agree that Paragraph 2.4 of the Settlement Agreement titled "Specific Released Claims" controls the question at hand. *See* Defs.' Mot. at 1–3; *id.*, Ex. A, ECF No. 211-1 [hereinafter Settlement Agreement]; Pl.'s Mot. at 7. That Paragraph provides in relevant part:

> Specific Released Claims shall include any claim arising from or relating in any way to: (1) the Condemnation Action, including any claims relating to filing of the Condemnation Action, the taking of legal title to and possession of the Subject Property Interest, any defenses filed to any claim relating to the taking, claims for just compensation for the Subject Property Interest, ***claims related to possession or turnover of possession***, as well as claims for costs, expenses and/or attorney fees; (2) claims that Amtrak and Lender may have against each other where such claims relate to the Condemnation Action or the Subject Property Interest, ***including***

> ***but not limited to claims for monies paid by third parties as rent pursuant to subleases or monies owed to third parties associated with operation of Union Station or the Subject Property Interest***; [and] (5) the management and operation of the Subject Property Interest.

Settlement Agreement ¶ 2.4 (emphases added). According to Defendants, the bolded, italicized text "makes clear that the claims, obligations, or disputes being released included those arising out of and during possession [of Union Station] by the respective parties" and that "the parties expressly intended to cover payments involving third parties under the umbrella of the settlement." Defs.' Mot. at 3 (citing second bolded, italicized text). Paragraph 2.4 must be construed broadly, Defendants contend, to include the release of rent-related claims even against third parties. *Id.*

The court does not agree. The subject of the parties' dispute is expressly captured by Paragraph 2.4. The second bolded, italicized text above covers "claims for monies paid by third parties as rent pursuant to subleases." Settlement Agreement ¶ 2.4(2). Defendants read those words to mean Amtrak agreed to waive such claims even against *third-party rent payors*. But that understanding overlooks earlier text in the same subparagraph that expressly limits the release to "claims that Amtrak and Lender may have against *each other*." *Id.* (emphasis added). Thus, the parties in Paragraph 2.4(2) released third-party, rent-related claims only as to one another, not third parties. The Agreement's text is unambiguous.

Defendants assert that Amtrak's demand for mispaid rents has boomeranged back onto them as demands for the return of rents and thereby has allowed Amtrak to "do indirectly what it agreed not to do directly." Defs.' Mot. at 3. The plain text of the Agreement does not, however, constrain Amtrak as Defendants suggest. Paragraph 2.4 does not speak to what Amtrak may do to recover rents mispaid after the Possession Date directly from those rent payors. The fact that Amtrak's demands have resulted in corresponding calls by tenants for the return of "monies paid

. . . as rent" to Defendants does not convert an act that falls outside the scope of Paragraph 2.4 into one barred by it. The Agreement's plain text controls.

Defendants also ask, "Why would 'monies paid by third parties pursuant to subleases' and 'monies owed to third parties associated with operation of Union Station,' even be included in a section about claims being mutually released between Lender and Amtrak if not for the purpose of each party releasing *the other* from any obligations associated with those sums?" Defs.' Opp'n to Pl.'s Mot., ECF No. 215, at 4 (emphasis added). But to ask that question is to answer it. Each side agreed in Paragraph 2.4 that it would not hold "*the other*" liable for claims arising from a sublease or contract with a third party. For instance, Amtrak cannot sue Defendants for the mispaid rents; likewise, Defendants cannot hold Amtrak responsible for unpaid sums to third-party vendors. But again, the relevant text says nothing about what each side may do vis-à-vis a third party.

Finally, because the text of the Settlement Agreement is unambiguous, the court does not consider the parties' evidence about their negotiations. *See Dyer*, 983 A.2d at 359 ("[T]he objective law of contracts requires us to avoid considering extrinsic evidence in the absence of ambiguity.").

For the foregoing reasons, the court grants Amtrak's Motion to Enforce Settlement Agreement, ECF No. 213, and denies Defendants' corresponding motion, ECF No. 211. Plaintiff's Motion for Leave to File Declarations, ECF No. 198, is denied as moot.

Dated: February 24, 2026

Amit P. Mehta
United States District Judge